David M. Newman (# 246351)
 dnewman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
301 N. Lake Ave., Suite 1100
Pasadena, California 91101-4158
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. MCKINNEY, <br><br>  Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; and DOES 1 - 100, inclusive, <br><br>  Defendants. | CASE NO.: 2:17-CV-02564-TLN-DB <br><br> Assigned to Hon. Troy L. Nunley <br><br> **ORDER GRANTING WELLS FARGO BANK, N.A.'S REQUEST FOR TELEPHONIC APPEARANCE** <br><br> Date: August 6, 2019 <br> Time: 1:30 p.m <br> Crtrm: 2 |

The Court, having considered the application of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") to appear telephonically at the August 6, 2019 hearing on the Motion to Dismiss, and good cause appearing, hereby grants permission for Wells Fargo's counsel, David Newman, appear telephonically.

1. IT IS SO ORDERED.

DATED: July 31, 2019

_____
Troy L. Nunley
United States District Judge