**RA & ASSOCIATES, APC**
ROMEL AMBARCHYAN, ESQ. (SBN 245216)
MICHAEL HARUTUNIAN, ESQ. (314666)
505 N. Brand Blvd. Suite 800
Glendale, CA 91203
Telephone: (818) 230-3220
Facsimile: (818) 230-3211

Attorneys for Plaintiff,
Mary McKinney

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. MCKINNEY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-100, INCLUSIVE<br><br>Defendants. | **Case No: 2:17-CV-02564-TLN-DB**<br><br>Assigned to Hon. Troy L. Nunley<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE IN CONNECTION WITH HEARING ON MOTION TO DISMISS**<br><br>**HEARING:**<br>Date: August 6, 2019<br>Time: 1:30pm<br>Crtm: 2 |

TO THE HONORABLE COURT:

The Court, having considered Plaintiff's Mary E. McKinney's ("Plaintiff") Application to appear telephonically at the August 6, 2019 hearing on Motion to

1
ORDER

Dismiss, and good cause appearing, hereby grants permission for Plaintiff's counsel, Any Moskovian, Esq. to appear telephonically.

1. IT IS SO ORDERED.

Dated: August 1, 2019

_____
Troy L. Nunley
United States District Judge